Donald Towne
Name
LOVELOCK CORRECTIONAL CENTER
P.O. Box 359

Lovelock, NV. 89419-0359
Address

42207
Prison Number

```
         FILED  ___  RECEIVED
    ___  ENTERED ___ SERVED ON
             COUNSEL/PARTIES OF RECORD

              AUG -7 2007

         CLERK US DISTRICT COURT
          DISTRICT OF NEVADA
    BY: _____  DEPUTY
```

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

Donald Towne,                    )
              Plaintiff,         )
                                 )
vs.                              )   3:07-cv-00349
                                 )
William Donat,                   )
                                 )
Howard Skulnick,                 )   **CIVIL RIGHTS COMPLAINT**
                                 )   **PURSUANT TO**
Anita Habberfield,               )   **42 U.S.C. § 1983**
                                 )
Ronda Larsen,                    )
                                 )   JURY TRIAL DEMANDED
_____,       )
              Defendant(s).      )

## A. JURISDICTION

1)   This complaint alleges that the civil rights of Plaintiff, Donald Towne,
     (print Plaintiff's name)

who presently resides at P.O. Box 359 _____, were
                        (mailing address or place of confinement)
violated by the actions of the below named individuals which were directed against

Plaintiff at Lovelock Correctional Center _____ on the following dates
            (institution/city where violation occurred)

  3/21/06      ,   3/21/06      , and   3/21/06   .
  (Count I)         (Count II)            (Count III)

§1983-Form
eff. 1/97

Make a copy of this page to provide the below
information if you are naming more that five (5) defendants


2) Defendant <u>William Donat</u> resides at <u>Nevada State Prison</u>,
(full name of first defendant) (address of first defendant)
and is employed as <u>Warden</u>. This defendant is sued in his/her
(defendant's position and title, if any)
<u>X</u> individual <u>X</u> official capacity. (Check one or both). Explain how this defendant was acting
under color of law: <u>Employeed for the Nevada Department of</u>
<u>Corrections during this action</u>.

3) Defendant <u>Howard Skolnick</u> resides at <u>Carson City</u>,
(full name of first defendant) (address of first defendant)
and is employed as <u>N.D.O.C. Director</u>. This defendant is sued in his/her
(defendant's position and title, if any)
<u>X</u> individual <u>X</u> official capacity. (Check one or both). Explain how this defendant was acting
under color of law: <u>Employeed for the Nevada Department of</u>
<u>Corrections during this action.</u>

4) Defendant <u>Anita Habberfield</u> resides at <u>Carson City</u>,
(full name of first defendant) (address of first defendant)
and is employed as <u>Caseworker, N.S.P.</u>. This defendant is sued in his/her
(defendant's position and title, if any)
<u>X</u> individual <u>X</u> official capacity. (Check one or both). Explain how this defendant was acting
under color of law: <u>Employeed for the State of Nevada during</u>
<u>this action.</u>

5) Defendant <u>Ronda Larson</u> resides at <u>Carson City</u>,
(full name of first defendant) (address of first defendant)
and is employed as <u>Unknown</u>. This defendant is sued in his/her
(defendant's position and title, if any)
<u>X</u> individual <u>X</u> official capacity. (Check one or both). Explain how this defendant was acting
under color of law: <u>Employeed for the State of Nevada during</u>
<u>this action.</u>

§1983-Form
eff. 1/97

2

6) Defendant _____ resides at _____,
           (full name of first defendant)        (address of first defendant)

and is employed as _____. This defendant is sued in his/her
        (defendant's position and title, if any)
___ individual ___ official capacity. (Check one or both). Explain how this defendant was acting under color of law: _____

7) Jurisdiction is invoked pursuant to 28 U.S.C. § 1343(a)(3) and 42 U.S.C. § 1983. If you wish to assert jurisdiction under different or additional statutes, list them below.

RLUIPA 42 U.S.C. § 2000 c.c.

## B. NATURE OF THE CASE

1) Briefly state the background of your case.

Plaintiff is incarcerated in the Nevada Department of Corrections, presently at the Lovelock Correctional Center. Plaintiff's religion is Wiccan. As such many of the books plaintiff needs to access for his religious beliefs only come in "hardbound" format. The Nevada Department of Corrections enforces A.R. 750 that will only allow ~~hardbound books to be~~ Softbound books into the Nevada institutions.

§1983-Form
eff. 1/97                                   3

## C. CAUSE OF ACTION

### COUNT I

The following civil right has been violated: <u>First Amendment</u>
<u>Free speech</u>

Supporting Facts: [Include all facts you consider important. State the facts clearly, in your own words, and without citing legal authority or argument. Be sure you describe exactly what each specific defendant (by name) did to violate your rights].

Due to the Nevada Department of Corrections policy, A.R. 750, not allowing hardbound books, I am being denied my First Amendment right to free speech and and freedom of expression.

William Donat refused to allow a change in this policy at Nevada State prison through the grievance procedure.

Howard Skolnick is the N.D.O.C. director who authorized A.R.'s to be enforced within each institution.

Anita Haberfield refused to correct this violation in the informal level of the grievance procedure.

Ronda Larsen refused to correct this violation in the second level of the grievance procedure.

§1983-Form
eff. 1/97

4

## COUNT II

The following civil right has been violated: <u>First Amendment Right to free exercise of religion.</u>

Supporting Facts: [Include all facts you consider important. State the facts clearly, in your own words, and without citing legal authority or argument. Be sure you describe exactly what each specific defendant (by name) did to violate your rights].

Plaintiff as a Wiccan, has specific religious text that is only published in hardbound form. The N.D.O.C.'s policy which only allows softbound books makes it impossible for plaintiff to engage in the reading and study of his sacred religious text.

Defendant William Donat refused to correct this violation in the informal level of the grievance procedure.

Defendant Howard Skulnick as N.D.O.C. Director establishes these A.R.s to be enforced.

Defendant Anita Habberfield refused to correct this violation in the informal level of the Grievance procedure.

Defendant Ronda Larson refused to correct this issue in the Second level of the grievance procedure.

§1983-Form
eff. 1/97

5

## COUNT III

The following civil right has been violated: 14th Amendment due-process

Supporting Facts: [Include all facts you consider important. State the facts clearly, in your own words, and without citing legal authority or argument. Be sure you describe exactly what each specific defendant (by name) did to violate your rights].

The N.D.O.C.'s policy of banning these books prior to their being reviewed at the Institution (Hardbound books), does not allow them to be reviewed on a case by case basis to see whether or not they are a threat to the institution and violates plaintiffs due-process rights.

Defendant William Donat refused to correct this violation in the First level of the grievance procedure.

Defendant Howard Skulnick approves A.R.'s to be enforced within the N.D.O.C.

Defendant Anita Habberfield refused to correct this violation in the Informal level of the Grievance.

Defendant Ronda Larsen refused to correct this violation in the Second level of the Grievance.

## D. PREVIOUS LAWSUITS AND ADMINISTRATIVE RELIEF

1) Have you filed other actions in state or federal courts involving the **same or similar facts** as involved in this action? ___Yes  X  No. If your answer is "Yes", describe each lawsuit. (If more than one, describe the others on an additional page following the below outline).

    a) Defendants: _____

    b) Name of court and docket number: _____

    c) Disposition (for example, was the case dismissed, appealed or is it still pending?):
    _____

    d) Issues raised: _____
    _____
    _____

    e) Approximate date it was filed: _____

    f) Approximate date of disposition: _____

2) Have you filed an action in federal court that was **dismissed because it was determined to be frivolous, malicious, or failed to state a claim upon which relief could be granted?** ___Yes  X  No. If your answer is "Yes", describe each lawsuit. (If you have had more than three actions dismissed based on the above reasons, describe the others on an additional page following the below outline).

    Lawsuit #1 dismissed as frivolous, malicious, or failed to state a claim:

    a) Defendants: _____.

    b) Name of court and case number: _____.

    c) The case was dismissed because it was found to be (check one): ___ frivolous ___ malicious or ___ failed to state a claim upon which relief could be granted.

    d) Issues raised: _____
    _____.

    e) Approximate date it was filed: _____

    f) Approximate date of disposition: _____

§1983-Form
eff. 1/97

7

Lawsuit #2 dismissed as frivolous, malicious, or failed to state a claim:

a) Defendants: _____.

b) Name of court and case number: _____.

c) The case was dismissed because it was found to be (check one): ___ frivolous ___ malicious or ___ failed to state a claim upon which relief could be granted.

d) Issues raised: _____
_____.

e) Approximate date it was filed: _____

f) Approximate date of disposition: _____


Lawsuit #3 dismissed as frivolous, malicious, or failed to state a claim:

a) Defendants: _____.

b) Name of court and case number: _____.

c) The case was dismissed because it was found to be (check one): ___ frivolous ___ malicious or ___ failed to state a claim upon which relief could be granted.

d) Issues raised: _____
_____.

e) Approximate date it was filed: _____

f) Approximate date of disposition: _____


3) Have you attempted to resolve the dispute stated in this action by seeking relief from the proper administrative officials, e.g., have you exhausted available administrative grievance procedures? _X_ Yes ___ No. If your answer is "No", did you not attempt administrative relief because the dispute involved the validity of a: (1) ___ disciplinary hearing; (2) ___ state or federal court decision; (3) ___ state or federal law or regulation; (4) ___ parole board decision; or (5) ___ other _____.
If your answer is "Yes", provide the following information. Grievance Number 2006-4-4251.
Date and institution where grievance was filed 3/21/06 Nevada State Prison.

§1983-Form
eff. 1/97

8

Response to grievance: <u>books may only be paperback</u>

### E. REQUEST FOR RELIEF

I believe that I am entitled to the following relief:

Injunctive relief to prevent the defendants from continuing to violate my rights.
Declatory relief that defendants violated my rights.
Monitary relief in excess of $10,000.00
Punitative damages.
Reimbursment for legal costs.
Compensatory damages in excess of $10,000.00

I understand that a false statement or answer to any question in this complaint will subject me to penalties of perjury. I DECLARE UNDER PENALTY OF PERJURY UNDER THE LAWS OF THE UNITED STATES OF AMERICA THAT THE FOREGOING IS TRUE AND CORRECT. See 28 U.S.C. § 1746 and 18 U.S.C. § 1621.

_____
(Name of person who prepared or helped prepare this complaint if not Plaintiff)

_Donald O'Bell Trump Jr._
(Signature of Plaintiff)

8-3-07
(Date)

(Additional space if needed; identify what is being continued)